The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIAQI CHEN,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.,*<br><br>Defendants. | Case No. 2:26-cv-03824-TLF<br><br>STIPULATED MOTION TO DISMISS AND ~~[PROPOSED]~~ ORDER<br><br>Noted for Consideration:<br>November 12, 2026 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own fees and costs. *Pro Se* Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has adjudicated the Form I-485, and this case is now moot.

//

//



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 12th day of November, 2026.

Respectfully submitted,

*s/ Madeline D. Swan*
MADELINE D. SWAN, Cal. Bar No. 318179
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: madeline.swan@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 80 words, in compliance with the Local Civil Rules.*

*Please see filed PDF for Plaintiff's Signature*
Jiaqi Chen, *Pro Se* Plaintiff
18518 96th Dr NE Unit C
Bothell, WA 98011
Phone: 202-341-0868
Email: maggiechen0618@gmail.com

**~~[PROPOSED]~~ ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 16th day of November, 2026.

TANA LIN
United States District Judge



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970